THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ABRAHAM KIRSCHNER, Appellant.

(Argued April 25, 1935; decided May 21, 1935.)

*Irving Ratisher* for appellant.

*Samuel J. Foley, District Attorney (Sol. Boneparth, Herman J. Fliederblum* and *Martin M. Frank* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.